No. 42169.—Protest 932575–G of Amtorg Trading Corp. (New York).

Opinion by CLINE, J. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained as to the toweling as it appeared that the cases in which it was packed were legally marked. Neither the table damask nor the immediate container thereof was legally marked. The protest was therefore overruled as to that item.